IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ELLA ELLIS, in her individual )
and representative capacity as )
Administratrix of the Estate )
of RICKY WATKINS, deceased )
 )
    Plaintiff, )
 )
v. ) No. 02-2787 Ml/V
 )
SHELBY COUNTY, TENNESSEE, )
 )
    Defendant. )

### ORDER ADMINISTRATIVELY CLOSING CASE

The Court held a telephone conference in this case on April 22, 2005. Plaintiff was represented by Katy Olita, Esq. Defendant was represented by Debra Fessenden, Esq.

Pursuant to the agreement of the parties and in accordance with the Court's Order Granting Joint Motion to Extend Summary Judgment Deadlines; To Remand State Claims; and to Administratively Dissolve the Case, filed January 22, 2004, the Clerk of the Court is ORDERED to ADMINISTRATIVELY CLOSE this case until further notice from the Court.

So ORDERED this 22 day of April, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _4/27/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:02-CV-02787 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT